THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

US BANK NATIONAL ASSOCIATION, as
Trustee for Mortgage Pass-Through
Certificates, Series 2006-NC2 : Civil Action
800 Nicollet Mall :
16th Floor : NO. 10-1014
Minneapolis, Minnesota 55402 :
    Plaintiff, : Jury Trial Demanded

v.

FIDELITY NATIONAL TITLE GROUP,
d/b/a COMMONWEALTH LAND TITLE
INSURANCE COMPANY
601 Riverside Avenue
Building 5, 4th Floor
Jacksonville, FL 32204
    Defendant.

---

## STIPULATION TO DISCONTINUE

WHEREAS, the above-captioned action has been settled, it is hereby

STIPULATED among the undersigned counsel for Plaintiff, U.S. Bank National Association and Defendant Fidelity National Title Group that the case be DISMISSED WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

JACKSON KELLY PLLC       WILENTZ, GOLDMAN & SPITZER, P.A.
BY: _____       BY: _____
Adam Ennis, Esquire       Jonathan J. Bart, Esquire
Attorney for Defendant       Attorney for Plaintiff

Approved:

BY THE COURT:
_____
HON. GARY L. LANCASTER
DATED: 3-9-11

#3368039 (148329.025)